FEDERATED BRANDS, INC., PLAINTIFF–MOVANT,
v. DIRECTOR, DIVISION OF TAXATION,
DEFENDANT–RESPONDENT.

October 30, 2008.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.

960 A.2d 388

PFIZER INC., PLAINTIFF–MOVANT, v. DIRECTOR, DIVISION
OF TAXATION, DEFENDANT–RESPONDENT.

October 30, 2008.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.